THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LE ROY TRUDEAU, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.